IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES                                                                                      PLAINTIFF

v.                                              Case No. 2:14-CR-20018

KENNETH MORPHIS                                                                               DEFENDANT

## ORDER

Currently before the Court is the report and recommendation (Doc. 18) filed in this case on July 30, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  Magistrate Judge Marschewski recommends that Defendant Kenneth Morphis's motion to suppress evidence (Doc. 15) be denied.  By a separate order, the Court gave the parties until August 5, 2014, to file objections to the report and recommendation, and neither party has done so.

The Court has reviewed the record in this case and, being well and sufficiently advised, and after due consideration, finds the Magistrate's reasoning to be sound.  The Court finds that the report and recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY.

Accordingly, for the reasons stated in the Magistrate Judge's report and recommendation, Defendant's motion to suppress evidence (Doc. 15) is DENIED.

IT IS SO ORDERED this 6th day of August, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE