AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| KENNETH MORPHIS | Case No.  2:14CR20018-001 |
| | USM No.  12234-010 |
| | James B. Pierce |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations:  1 through 9, and 12    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition: Unlawful Use of a Controlled Substance | March 22, 2024 |
| 2 | Mandatory Condition: Unlawful Use of a Controlled Substance | March 25, 2024 |
| 3 | Mandatory Condition: New Law Violation (Misdemeanor) | March 31, 2024 |
| 4 | Mandatory Condition: Unlawful Use of a Controlled Substance | April 8, 2024 |
| 5 | Special Condition: Alcohol Use | May 15, 2024 |
| 6 | Special Condition: Alcohol Use | May 17, 2024 |
| 7 | Mandatory Condition: Unlawful Use of a Controlled Substance | May 17, 2024 |
| 8 | Mandatory Condition: Unlawful Use of a Controlled Substance | August 23, 2024 |
| 9 | Special Condition: Alcohol Use | August 23, 2024 |
| 12 | Special Condition: Alcohol Use | September 27, 2024 |

   The defendant is sentenced as provided in pages 2 through  2  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The Court granted an oral motion by the Government to withdraw violation numbers 10 and 11 and defendant is discharged as to such violation(s).

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec. No.:  6799 | October 10, 2024 |
|---|---|
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:  1970 | |
| | /s/ Susan O. Hickey |
| City and State of Defendant's Residence: | Signature of Judge |
| Paris, Arkansas | |
| | Honorable Susan O. Hickey, Chief U.S. District Judge |
| | Name and Title of Judge |
| | October 15, 2024 |
| | Date |

Judgment — Page 2 of 2

DEFENDANT: KENNETH MORPHIS
CASE NUMBER: 2:14CR20018-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
**Eighteen (18) months imprisonment, with credit for time served in federal custody. There is no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that the defendant participate in any drug treatment program he may qualify for during incarceration.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL